UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MICAH JAMES WILSON,

Plaintiff,

v.

JOSEPH WOODLAND; SNAKE RIVER CORRECTIONAL INSTITUTION; JANE & JHON DOE(S),

Defendants.

Case No. 2:26-cv-00228-AP

**ORDER**

**KASUBHAI,** United States District Judge:

This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Potter issued a Findings and Recommendation on June 29, 2026, in which Judge Potter recommends that "Defendants' Motion to Dismiss (ECF No. 9) be GRANTED with respect to Plaintiff's claims against SRCI and Plaintiff's claims for damages against Superintendent Woodland in his individual capacity. The motion should be DENIED with respect to claims for injunctive relief against Superintendent Woodland in his official capacity." F&R, ECF No. 18. When a party objects to a Magistrate Judge's Findings and Recommendations, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). In the absence of objections, the district court has no obligation to review the Magistrate Judge's report. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

However, the district court is not precluded from *sua sponte* review in such circumstances, *Thomas v. Arn*, 474 U.S. 140, 149 (1985), and the Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that the court should review for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Here, no party timely objected to the Magistrate Judge's Findings and Recommendation. The Court has reviewed the record and finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Potter's Findings and Recommendation, ECF No. 18. Defendants' Motion to Dismiss (ECF No. 9) is GRANTED with respect to Plaintiff's claims against SRCI and Plaintiff's claims for damages against Superintendent Woodland in his individual capacity. The motion is DENIED with respect to claims for injunctive relief against Superintendent Woodland in his official capacity.

IT IS SO ORDERED.

DATED this 17th day of September 2026.

MUSTAFA T. KASUBHAI (he/him)
United States District Judge